**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **MARGARET LINTON et al.,** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **CIVIL NO.  JKB-10-1457** |
| **JASON ANDREW EVANS, M.D., et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, it is hereby ordered that

1.  Defendants' motion for summary judgment (ECF No. 29) is GRANTED;  and

2.  The Clerk of Court shall CLOSE this case.


DATED this 11th day of May, 2011.



                                        BY THE COURT:



                                        _____/s/_____
                                        James K. Bredar
                                        United States District Judge